IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALONZO HAMPTON,
ADC #137559                                                                                              PLAINTIFF

v.                                           5:08CV00342HLJ

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                        DEFENDANTS

ORDER

By Order dated January 12, 2009 (DE #3), this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Following submission of his first amended complaint (DE #5), the Court again directed plaintiff to submit a complaint which includes allegations against all named defendants. Plaintiff has now submitted a second amended complaint (DE #9). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Correctional Medical Services, Inc., Paulina Gonder, Curtis Gibson, III, and Ms. Manes. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE ##5, 9) and summons on defendants Correctional Medical Services, Inc., and Manes in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that the United States Marshal is directed to serve a copy of the original and amended complaints and summons on defendants Gonder and Gibson <u>in care of</u> the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 18th day of February, 2009.

*Henry L. Jones, Jr.*
United States Magistrate Judge