IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALONZO HAMPTON,
ADC #137559                                                                                    PLAINTIFF

v.                                          5:08CV00342HLJ

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                    DEFENDANTS

ORDER

The court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the court adopts them in their entirety.

IT IS, THEREFORE, ORDERED that defendant Arkansas Department of Correction is hereby DISMISSED as a defendant.

IT IS SO ORDERED this 10thday of March, 2009.

_____
UNITED STATES DISTRICT JUDGE