IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALONZO HAMPTON,                                                                                    PLAINTIFF
ADC #137559

5:08CV00342BSM/HLJ

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                          DEFENDANTS

ORDER

The court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the court adopts them in their entirety.

IT IS, THEREFORE, ORDERED that defendants' motions to dismiss (DE ##21, 24) are hereby GRANTED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 1st day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE