IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALONZO HAMPTON,
ADC #137559                                                                                    PLAINTIFF

5:08CV00342BSM/HLJ

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice.  The relief sought is denied.

IT IS SO ADJUDGED this 1st day of June, 2009.


                                                                    /s/ Brian S. Miller
                                                                    UNITED STATES DISTRICT JUDGE